UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RYAN FRANKE                                                                                            Plaintiff

v.                                                                   Civil Action No. 3:23-cv-119-RGJ-RSE

KENNY JANES                                                                                        Defendant

\* \* \* \* \*

**JUDGMENT**

In accordance with the memorandum opinion & order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of defendant Kenny Janes with respect to the claims brought by plaintiff Ryan Franke in this matter.

(2) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's active docket.

(3) This is a **FINAL** and **APPEALABLE** judgment, and there is no just cause for delay.

Rebecca Grady Jennings, District Judge
United States District Court

January 22, 2025